IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTHONY BERNARD MATHIS, | § | |
| (Reg. #56231-179) | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-08-3703 |
| | § | |
| BRAZORIA COUNTY SHERIFF'S | § | |
| OFFICE, *et al.,* | § | |
| | § | |
| Defendants. | § | |

**ORDER OF DISMISSAL**

For the reasons stated in this court's Memorandum and Opinion entered this date, the federal claims are dismissed with prejudice. The state-law claims are dismissed without prejudice.

SIGNED on August 17, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge